| | |
|---|---|
| 1 | WILMER CUTLER PICKERING |
| 2 |    HALE AND DORR LLP<br>Joshua A. Vittor (SBN 326221) |
| 3 | joshua.vittor@wilmerhale.com<br>350 South Grand Avenue, Suite 2400 |
| 4 | Los Angeles, CA 90071 USA |
| 5 | Tel.: (213) 443-5300<br>Fax: (213) 443-5400 |
| 6 | WILMER CUTLER PICKERING |
| 7 |    HALE AND DORR LLP |
| 8 | Debo P. Adegbile (*pro hac vice forthcoming*)<br>debo.adegbile@wilmerhale.com |
| 9 | Alan Schoenfeld (*pro hac vice forthcoming*)<br>alan.schoenfeld@wilmerhale.com |
| 10 | 7 World Trade Center<br>250 Greenwich Street |
| 11 | New York, NY 10007 USA |
| 12 | Tel.: (212) 230-8800<br>Fax: (212) 230-8888 |
| 13 | *Attorneys for Defendant* |
| 14 | *Uber Technologies, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 4:21-cv-08735-DMR |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| UBER TECHNOLOGIES, INC. | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Joshua A. Vittor (State Bar No. 326221) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Uber Technologies, Inc. in this action. Counsel respectfully requests that he be included via email on the Court's notification of all electronic filings in this action at the following email address: Joshua.Vittor@wilmerhale.com.

Dated:  November 24, 2021

Respectfully submitted,

/s/ *Joshua Vittor*
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071 USA
Tel.:  (213) 443-5300
Fax:  (213) 443-5400

*Counsel for Defendant
Uber Technologies, Inc.*