1   Joshua A. Vittor (SBN 326221)               KRISTEN CLARKE
    joshua.vittor@wilmerhale.com                Assistant Attorney General
2   WILMER CUTLER PICKERING
       HALE AND DORR LLP                        STEPHANIE M. HINDS (CABN 154284)
3   350 South Grand Avenue, Suite 2400          Acting United States Attorney
    Los Angeles, CA 90071                       MICHELLE LO (NYRN 4325163)
4   Tel.:  (213) 443-5375                       Chief, Civil Division
    Fax:  (213) 443-5400                        DAVID M. DEVITO (CABN 243695)
5                                               Assistant United States Attorney
    Debo P. Adegbile (*pro hac vice forthcoming*)   450 Golden Gate Avenue
6   debo.adegbile@wilmerhale.com                San Francisco, CA 94102
    Alan Schoenfeld (*pro hac vice forthcoming*)    Tel.:  (415) 436-7332
7   alan.schoenfeld@wilmerhale.com              Fax:  (415) 436-6748
8   WILMER CUTLER PICKERING                     david.devito@usdoj.gov
       HALE AND DORR LLP
9   7 World Trade Center                        CHERYL ROST
    250 Greenwich Street                        MATTHEW FAIELLA
10  New York, NY 10007                          SARAH GOLABEK-GOLDMAN
    Tel.:  (212) 230-8800                       DAVID W. KNIGHT
11  Fax:  (212) 230-8888                        Trial Attorneys
                                                Civil Rights Division
12                                              U.S. Department of Justice
    *Attorneys for Defendant*                   950 Pennsylvania Ave., NW- 4CON
13  *Uber Technologies, Inc.*                   Washington, DC 20530
                                                Telephone: (202) 616-5311
14                                              Fax: (202) 307-1197
                                                cheryl.rost@usdoj.gov
15
16
17                                              *Attorneys for Plaintiff*
                                                *United States of America*

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                      SAN FRANCISCO DIVISION

21
    UNITED STATES OF AMERICA
22                                              Case No.   3:21-cv-08735-WHA
                    Plaintiff,
23                                              **STIPULATION AND [PROPOSED]**
           v.                                   **ORDER TO EXTEND DEADLINE FOR**
24                                              **JOINT SITE INSPECTION UNDER**
    UBER TECHNOLOGIES, INC.                     **GENERAL ORDER 56**
25
                    Defendant.
26

27

28  STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE
    INSPECTION UNDER GENERAL ORDER 56
    No. 21-cv-08735 (WHA)

Pursuant to Civil Local Rule 7-12 of the Northern District of California Civil Local Rules and General Order No. 56 ¶ 3, Defendant Uber Technologies, Inc. and Plaintiff United States of America, together (the "Parties"), hereby stipulate and agree as follows:

WHEREAS, the United States filed its Complaint (ECF No. 1) on November 10, 2021;

WHEREAS, the Complaint alleges that Uber's policy of charging wait time fees for riders who require more than two minutes to board a vehicle, including riders who require more time because of their disabilities, violates Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181–89, as amended, and its implementing regulation, 49 C.F.R. Part 37;

WHEREAS, an initial case management scheduling order under General Order 56 was entered on November 12, 2021, (ECF No. 8);

WHEREAS, Uber waived service of the Summons and Complaint on November 15, 2021, (ECF No. 16);

WHEREAS, the United States maintains that the Complaint asserts claims "based on the accessibility of a website or mobile software application," and so a joint site inspection is required under General Order 56 ¶ 7(c);

WHEREAS, Uber maintains that the Complaint alleges only a "programmatic or policy violation[]" for which no such inspection is necessary under General Order 56 ¶ 7(a);

WHEREAS, notwithstanding this disagreement, the Parties have agreed to a joint site inspection as described in General Order 56 ¶ 7;

WHEREAS, the deadline for a joint site inspection under General Order 56 ¶ 7 is now January 14, 2022;

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE INSPECTION UNDER GENERAL ORDER 56
No. 21-cv-08735 (WHA)

WHEREAS, the Parties continue to discuss the parameters of the joint site inspection, and Uber needs additional time to prepare given detailed questions from the United States and the intervening holidays;

WHEREAS, while the United States is and remains prepared to proceed with the joint site inspection within the time set by General Order 56, the United States consents to an extension of the deadline to conduct a joint site inspection until February 4, 2022, as a courtesy based on Uber's representation that it is not feasible for Uber to conduct the inspection by January 14, 2022;

WHEREAS, this is the first extension of time requested for the joint site inspection in this matter;

**IT IS HEREBY STIPULATED AND AGREED** by the United States and Uber, pursuant to General Order 56 and Civil Local Rule 7-12, that the deadline for the Parties to conduct a joint site inspection shall be extended to February 4, 2022, and all other dates that are calculated based on the inspection date will be adjusted accordingly.

Dated:  December 23, 2021

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

s/ Cheryl Rost
Cheryl Rost
Trial Attorney

STEPHANIE M. HINDS
Acting United States Attorney

s/ David M. Devito
David M. DeVito
Assistant United States Attorney

Respectfully submitted,

/s/ Joshua A. Vittor
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel.:  (213) 443-5375
Fax:  (213) 443-5400

Alan E. Schoenfeld (*pro hac vice forthcoming*)
alan.schoenfeld@wilmerhale.com
Debo P. Adegbile (*pro hac vice forthcoming*)
debo.adegbile@wilmerhale.com

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE
INSPECTION UNDER GENERAL ORDER 56
No. 21-cv-08735 (WHA)

1

*Attorneys for Plaintiff*
*United States of America*

WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.:  (212) 230-8800
Fax:  (212) 230-8888

*Attorneys for Defendant*
*Uber Technologies, Inc.*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE
INSPECTION UNDER GENERAL ORDER 56
No. 21-cv-08735 (WHA)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The deadline for the Parties to complete a joint site inspection under General Order 56 is continued to February 4, 2022, and all other dates that are calculated based on the inspection date will be adjusted accordingly.

DATED:_____                          By: _____
                                                                                Hon. William H. Alsup
                                                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  December 23, 2021                    Respectfully submitted,

                                                         /s/ Joshua A. Vittor
                                                         Joshua A. Vittor

**ATTORNEY ATTESTATION**

I, Joshua A. Vittor, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated:  December 23, 2021                    Respectfully submitted,

                                                         /s/ Joshua A. Vittor
                                                         Joshua A. Vittor

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE
INSPECTION UNDER GENERAL ORDER 56
No. 21-cv-08735 (WHA)