| | |
|---|---|
| Joshua A. Vittor (SBN 326221)<br>joshua.vittor@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Tel.:  (213) 443-5375<br>Fax:  (213) 443-5400<br><br>Debo P. Adegbile (*pro hac vice forthcoming*)<br>debo.adegbile@wilmerhale.com<br>Alan Schoenfeld (*pro hac vice forthcoming*)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel.:  (212) 230-8800<br>Fax:  (212) 230-8888<br><br>*Attorneys for Defendant*<br>*Uber Technologies, Inc.* | KRISTEN CLARKE<br>Assistant Attorney General<br><br>STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>DAVID M. DEVITO (CABN 243695)<br>Assistant United States Attorney<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Tel.:  (415) 436-7332<br>Fax:  (415) 436-6748<br>david.devito@usdoj.gov<br><br>CHERYL ROST<br>MATTHEW FAIELLA<br>SARAH GOLABEK-GOLDMAN<br>DAVID W. KNIGHT<br>Trial Attorneys<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW- 4CON<br>Washington, DC 20530<br>Telephone: (202) 616-5311<br>Fax: (202) 307-1197<br>cheryl.rost@usdoj.gov<br><br>*Attorneys for Plaintiff*<br>*United States of America* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.<br><br>               Defendant. | Case No.   3:21-cv-08735-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE INSPECTION UNDER GENERAL ORDER 56** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE
INSPECTION UNDER GENERAL ORDER 56
No. 21-cv-08735 (WHA)

Pursuant to Civil Local Rule 7-12 of the Northern District of California Civil Local Rules and General Order No. 56 ¶ 3, Defendant Uber Technologies, Inc. and Plaintiff United States of America, together (the "Parties"), hereby stipulate and agree as follows:

WHEREAS, the United States filed its Complaint (ECF No. 1) on November 10, 2021;

WHEREAS, the Complaint alleges that Uber's policy of charging wait time fees for riders who require more than two minutes to board a vehicle, including riders who require more time because of their disabilities, violates Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181–89, as amended, and its implementing regulation, 49 C.F.R. Part 37;

WHEREAS, an initial case management scheduling order under General Order 56 was entered on November 12, 2021, (ECF No. 8);

WHEREAS, Uber waived service of the Summons and Complaint on November 15, 2021, (ECF No. 16);

WHEREAS, the United States maintains that the Complaint asserts claims "based on the accessibility of a website or mobile software application," and so a joint site inspection is required under General Order 56 ¶ 7(c);

WHEREAS, Uber maintains that the Complaint alleges only a "programmatic or policy violation[]" for which no such inspection is necessary under General Order 56 ¶ 7(a);

WHEREAS, notwithstanding this disagreement, the Parties have agreed to a joint site inspection as described in General Order 56 ¶ 7;

WHEREAS, the deadline for a joint site inspection under General Order 56 ¶ 7 is now January 14, 2022;

1  WHEREAS, the Parties continue to discuss the parameters of the joint site inspection, and Uber needs additional time to prepare given detailed questions from the United States and the intervening holidays;

WHEREAS, while the United States is and remains prepared to proceed with the joint site inspection within the time set by General Order 56, the United States consents to an extension of the deadline to conduct a joint site inspection until February 4, 2022, as a courtesy based on Uber's representation that it is not feasible for Uber to conduct the inspection by January 14, 2022;

WHEREAS, this is the first extension of time requested for the joint site inspection in this matter;

**IT IS HEREBY STIPULATED AND AGREED** by the United States and Uber, pursuant to General Order 56 and Civil Local Rule 7-12, that the deadline for the Parties to conduct a joint site inspection shall be extended to February 4, 2022, and all other dates that are calculated based on the inspection date will be adjusted accordingly.

Dated:  December 23, 2021              Respectfully submitted,

KRISTEN CLARKE                          /s/ Joshua A. Vittor
Assistant Attorney General              Joshua A. Vittor (SBN 326221)
Civil Rights Division                   joshua.vittor@wilmerhale.com
                                        WILMER CUTLER PICKERING
s/ Cheryl Rost                             HALE AND DORR LLP
Cheryl Rost                             350 South Grand Avenue, Suite 2400
Trial Attorney                          Los Angeles, CA 90071
                                        Tel.:  (213) 443-5375
STEPHANIE M. HINDS                      Fax:  (213) 443-5400
Acting United States Attorney
                                        Alan E. Schoenfeld (*pro hac vice
s/ David M. Devito                      forthcoming*)
David M. DeVito                         alan.schoenfeld@wilmerhale.com
Assistant United States Attorney        Debo P. Adegbile (*pro hac vice
                                        forthcoming*)
                                        debo.adegbile@wilmerhale.com

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE
INSPECTION UNDER GENERAL ORDER 56
No. 21-cv-08735 (WHA)

*Attorneys for Plaintiff*
*United States of America*

WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendant*
*Uber Technologies, Inc.*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The deadline for the Parties to complete a joint site inspection under General Order 56 is continued to February 4, 2022, and all other dates that are calculated based on the inspection date will be adjusted ~~accordingly.~~ `by 21 days only.`

DATED: December 23, 2021.    By: 
Hon. William ~~H.~~ Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT SITE INSPECTION UNDER GENERAL ORDER 56
No. 21-cv-08735 (WHA)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  December 23, 2021                    Respectfully submitted,

/s/ Joshua A. Vittor
Joshua A. Vittor

**ATTORNEY ATTESTATION**

I, Joshua A. Vittor, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated:  December 23, 2021                    Respectfully submitted,

/s/ Joshua A. Vittor
Joshua A. Vittor