1
2
3
4
5
6
7

8    **UNITED STATES DISTRICT COURT**

9    **NORTHERN DISTRICT OF CALIFORNIA**

10   **SAN FRANCISCO DIVISION**

11   United States of America

12                    Plaintiff,                Case No.  4:21-cv-08735-WHA

13        vs.                                   [PROPOSED] ORDER GRANTING
                                                UBER TECHNOLOGIES, INC.'S
14   Uber Technologies, Inc.                    MOTION TO DISMISS

15                    Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having considered Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court orders that Plaintiff's complaint shall be dismissed with prejudice in its entirety.

IT IS SO ORDERED

Dated: _____    _____

                                                                     Honorable William Alsup