DEBO P. ADEGBILE (*pro hac vice*)
debo.adegbile@wilmerhale.com
ALAN E. SCHOENFELD (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 937-7294
Facsimile:   (212) 230-8888

JOSHUA A. VITTOR
CA Bar No. 326221
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5375
Facsimile:  (213) 443-5400

*Attorneys for Defendant*
*Uber Technologies, Inc.*

KRISTEN CLARKE
Assistant Attorney General

Stephanie M. Hinds (CABN 154284)
Acting United States Attorney
Michelle Lo (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Tel.:  (415) 436-7332
Fax:  (415) 436-6748
david.devito@usdoj.gov

CHERYL ROST
MATTHEW FAIELLA
SARAH GOLABEK-GOLDMAN
DAVID W. KNIGHT
Trial Attorneys
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW- 4CON
Washington, DC 20530
Telephone: (202) 616-5311
Fax: (202) 307-1197
cheryl.rost@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.<br><br>        Defendant. | Case No.   3:21-cv-08735-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING A JOINT SITE INSPECTION AND SETTLEMENT MEETING BY VIDEO CONFERENCE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 7-12 of the Northern District of California Civil Local Rules and General Order No. 56 ¶ 3, Defendant Uber Technologies, Inc. and Plaintiff United States of America, together (the "Parties"), hereby stipulate and agree as follows:

WHEREAS, the United States filed its Complaint (ECF No. 1) on November 10, 2021;

WHEREAS, an initial case management scheduling order under General Order 56 was entered on November 12, 2021, (ECF No. 8);

WHEREAS, the Parties filed a stipulation on December 23, 2021 (ECF No. 17) to extend the deadline to conduct a joint site inspection under General Order 56 ¶ 7 until February 4, 2022;

WHEREAS, the Court granted the Parties' stipulation on December 23, 2021, (ECF No. 18);

WHEREAS, Uber filed its Motion to Dismiss on January 14, 2022, (ECF. No. 24);

WHEREAS, the Parties have conferred and agreed the joint site inspection described in General Order 56 ¶ 7 shall take place on February 2, 2022;

WHEREAS, the Parties have conferred and agreed the settlement meeting required under General Order 56 ¶ 8 shall take place on February 8, 2022;

WHEREAS, the Parties agree that there is no physical premises to inspect in this case;

WHEREAS, the required attendees for both the joint site inspection and settlement meeting live in different cities and would have to travel if they were held in person;

WHEREAS, at this time the COVID-19 pandemic makes in-person meetings unsafe for all of the counsel of record and Uber representatives, particularly following public travel;

WHEREAS, the Parties in this case will fully comply with the other requirements of General Order 56 and will engage in good faith at the settlement meeting;

**IT IS HEREBY STIPULATED AND AGREED** by the United States and Uber, pursuant to General Order 56 ¶¶ 3, 8(d), and Civil Local Rule 7-12, that the Parties may conduct the joint site inspection and settlement meeting by videoconference.

STIPULATION AND [PROPOSED] ORDER
PERMITTING A JOINT SITE INSPECTION AND
SETTLEMENT MEETING BY VIDEO CONFERENCE

3:21-cv-08735-WHA

| | |
|---|---|
| Dated: January 26, 2022 | Respectfully submitted, |
| KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division | /s/  Alan E. Schoenfeld<br>Alan E. Schoenfeld (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>Debo P. Adegbile (*pro hac vice*)<br>debo.adegbile@wilmerhale.com |
| s/ Cheryl Rost<br>Cheryl Rost<br>Trial Attorney | WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 937-7294<br>Facsimile:  (212) 230-8888 |
| STEPHANIE M. HINDS<br>Acting United States Attorney | |
| s/  David N. DeVito<br>David M. DeVito<br>Assistant United States Attorney | Joshua A. Vittor (SBN 326221)<br>joshua.vittor@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Telephone:  (213) 443-5375<br>Facsimile:  (213) 443-5400 |
| *Attorneys for Plaintiff*<br>*United States of America* | *Attorneys for Defendant*<br>*Uber Technologies, Inc.* |

STIPULATION AND [~~PROPOSED~~] ORDER
PERMITTING A JOINT SITE INSPECTION AND
SETTLEMENT MEETING BY VIDEO CONFERENCE

3:21-cv-08735-WHA

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The Parties may conduct a joint site inspection and settlement meeting under General Order 56 via videoconference.

DATED: January 26, 2022                By: *[signature]*
                                                                              Hon. William Alsup
                                                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

DATED: January 26, 2022                         Respectfully submitted,

/s/  Alan E. Schoenfeld
Alan E. Schoenfeld

## ATTORNEY ATTESTATION

I, Alan E. Schoenfeld, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

DATED: January 26, 2022                         Respectfully submitted,

/s/  Alan E. Schoenfeld
Alan E. Schoenfeld