UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.,<br><br>        Defendant | Case No. 21-cv-08735-WHA<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Hon. Nandor Vadas (Ret.)
> ADR Services, Inc.
> 100 First St., 27th Floor
> San Francisco, CA 94105
> 707-227-8644
> nandorvadas@myfastmail.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
21-cv-08735-WHA

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 22, 2022

                                            MARK B. BUSBY
                                            Clerk of Court
                                            by:  Alice M. Fiel



ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
21-cv-08735-WHA          2