United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

UBER TECHNOLOGIES, INC.,

      Defendant.

No.  C 21-08735 WHA

**MEMORANDUM OPINION**

As stated on the record at today's hearing, defendant Uber Technologies, Inc.'s motion to dismiss is **DENIED**.

**IT IS SO ORDERED.**

Dated:  April 13, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE