KRISTEN CLARKE, Assistant Attorney General
REBECCA B. BOND, Chief
KEVIN J. KIJEWSKI, Deputy Chief
CHERYL ROST, Trial Attorney (NJBN 020982011)
MATTHEW FAIELLA, Trial Attorney (NYRN 4437711)
DAVID W. KNIGHT, Trial Attorney (MDAN 0412140410)
MEGAN E. SCHULLER, Trial Attorney (CABN 281468)
U.S. Department of Justice
950 Pennsylvania Ave., NW- 4CON
Washington, DC 20530
Telephone: (202) 616-5311
Fax: (202) 307-1197
cheryl.rost@usdoj.gov
matthew.faiella@usdoj.gov
david.knight@usdoj.gov
megan.schuller@usdoj.gov

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Fax: (415) 436-6748
david.devito@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CV-08735-WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
3:21-CV-08735-WHA

1  IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, and
2  Defendant, Uber Technologies, Inc., through their undersigned counsel, that all claims by the United
3  States against Uber in the above-captioned matter be dismissed with prejudice pursuant to Federal Rule
4  of Civil Procedure 41(a).

5  IT IS FURTHER STIPULATED THAT, pursuant to the parties' settlement agreement in this
6  case (attached here as Exhibit 1) and General Order No. 56 ¶ 9, the Court should retain jurisdiction
7  solely to enforce the terms of the settlement agreement for a period of two years, through July 15, 2024,
8  because the settlement agreement requires conduct to be completed during that period.

9  IT IS FURTHER STIPULATED THAT, except as otherwise set forth in the settlement
10 agreement, each party shall bear its own attorney's fees, costs, and litigation expenses.

Dated: July 18, 2022                                Respectfully submitted,

STEPHANIE M. HINDS                                  KRISTEN CLARKE
United States Attorney                              Assistant Attorney General
                                                    Civil Rights Division

                                                    REBECCA B. BOND
                                                    Chief

/s/ *David M. DeVito*                               /s/ *Cheryl Rost*
DAVID M. DEVITO                                     KEVIN J. KIJEWSKI
Assistant United States Attorney                    Deputy Chief
                                                    CHERYL ROST
                                                    MATTHEW FAIELLA
                                                    DAVID W. KNIGHT
                                                    MEGAN E. SCHULLER
                                                    Trial Attorneys
                                                    Disability Rights Section
                                                    Civil Rights Division
                                                    U.S. Department of Justice

                                                    Attorneys for the United States of America

                                                    /s/ *Alan E. Schoenfeld*
                                                    Debo P. Adegbile (*pro hac vice*)
                                                    debo.adegbile@wilmerhale.com
                                                    Alan E. Schoenfeld (*pro hac vice*)
                                                    alan.schoenfeld@wilmerhale.com
                                                    WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                    7 World Trade Center
                                                    250 Greenwich Street
                                                    New York, NY 10007
                                                    Telephone: (212) 937-7294
                                                    Facsimile:  (212) 230-8888

                                                    Joshua A. Vittor (SBN 326221)
                                                    joshua.vittor@wilmerhale.com
                                                    WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                    350 South Grand Avenue, Suite 2400
                                                    Los Angeles, CA 90071
                                                    Telephone:  (213) 443-5375
                                                    Facsimile:  (213) 443-5400

                                                    *Attorneys for Defendant*
                                                    *Uber Technologies, Inc.*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
3:21-CV-08735-WHA                                   3

**[PROPOSED] ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1. All of the United States' claims in the above-captioned matter against Uber Technologies, Inc. be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. As set forth in the settlement agreement between the Parties in this case, and pursuant to General Order No. 56 ¶ 9, this Court shall retain jurisdiction solely to enforce the settlement agreement between the United States and Uber for a period of two years, through July 15, 2024.

3. Except as otherwise set forth in the settlement agreement between the parties, each party shall bear its own attorney's fees, costs, and litigation expenses.

DATED: _____

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1(i)(3)**

I, David M. DeVito, attest that any signatories indicated by a conformed signature (/s/) within this e-filed document have approved, and concur in, this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *David M. DeVito*
DAVID M. DEVITO