KRISTEN CLARKE, Assistant Attorney General
REBECCA B. BOND, Chief
KEVIN J. KIJEWSKI, Deputy Chief
CHERYL ROST, Trial Attorney (NJBN 020982011)
MATTHEW FAIELLA, Trial Attorney (NYRN 4437711)
DAVID W. KNIGHT, Trial Attorney (MDAN 0412140410)
MEGAN E. SCHULLER, Trial Attorney (CABN 281468)
U.S. Department of Justice
950 Pennsylvania Ave., NW- 4CON
Washington, DC 20530
Telephone: (202) 616-5311
Fax: (202) 307-1197
cheryl.rost@usdoj.gov
matthew.faiella@usdoj.gov
david.knight@usdoj.gov
megan.schuller@usdoj.gov

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Fax: (415) 436-6748
david.devito@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CV-08735-WHA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
3:21-CV-08735-WHA

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, and Defendant, Uber Technologies, Inc., through their undersigned counsel, that all claims by the United States against Uber in the above-captioned matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

IT IS FURTHER STIPULATED THAT, pursuant to the parties' settlement agreement in this case (attached here as Exhibit 1) and General Order No. 56 ¶ 9, the Court should retain jurisdiction solely to enforce the terms of the settlement agreement for a period of two years, through July 15, 2024, because the settlement agreement requires conduct to be completed during that period.

IT IS FURTHER STIPULATED THAT, except as otherwise set forth in the settlement agreement, each party shall bear its own attorney's fees, costs, and litigation expenses.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
3:21-CV-08735-WHA                    2

1 | Dated: July 18, 2022

Respectfully submitted,

2 | STEPHANIE M. HINDS
United States Attorney

KRISTEN CLARKE
Assistant Attorney General
3 | Civil Rights Division

4 |

REBECCA B. BOND
Chief

5 |

6 | /s/ David M. DeVito

/s/ Cheryl Rost
DAVID M. DEVITO

KEVIN J. KIJEWSKI
7 | Assistant United States Attorney

Deputy Chief
CHERYL ROST
8 | MATTHEW FAIELLA
DAVID W. KNIGHT
9 | MEGAN E. SCHULLER
Trial Attorneys
10 | Disability Rights Section
Civil Rights Division
11 | U.S. Department of Justice

12 | Attorneys for the United States of America

13 | /s/ Alan E. Schoenfeld

14 | Debo P. Adegbile (pro hac vice)
debo.adegbile@wilmerhale.com
15 | Alan E. Schoenfeld (pro hac vice)
alan.schoenfeld@wilmerhale.com
16 | WILMER CUTLER PICKERING
HALE AND DORR LLP
17 | 7 World Trade Center
18 | 250 Greenwich Street
New York, NY 10007
19 | Telephone: (212) 937-7294
Facsimile:  (212) 230-8888

20 |

21 | Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
22 | WILMER CUTLER PICKERING
HALE AND DORR LLP
23 | 350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
24 | Telephone:  (213) 443-5375
Facsimile:  (213) 443-5400

25 |

26 | Attorneys for Defendant
Uber Technologies, Inc.

27 |

28 | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
3:21-CV-08735-WHA                    3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1.      All of the United States' claims in the above-captioned matter against Uber Technologies, Inc. be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2.      As set forth in the settlement agreement between the Parties in this case, and pursuant to General Order No. 56 ¶ 9, this Court shall retain jurisdiction solely to enforce the settlement agreement between the United States and Uber for a period of two years, through July 15, 2024.

3.      Except as otherwise set forth in the settlement agreement between the parties, each party shall bear its own attorney's fees, costs, and litigation expenses.



DATED: July 28, 2022

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
3:21-CV-08735-WHA                              4

1

## ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1(i)(3)

2

3      I, David M. DeVito, attest that any signatories indicated by a conformed signature (/s/) within

4 this e-filed document have approved, and concur in, this filing.  I declare under penalty of perjury under

the laws of the United States of America that the foregoing is true and correct.

5

6                                   /s/ David M. DeVito
                                    DAVID M. DEVITO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER OF DISMISSAL