The Northern District Court denied my complaint. Please review my complaint

23-15004

Case No. 3 21-CV-08735 WHA

Best Regards,

Jaquel Pitts

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 10 2023

FILED _____
DOCKETED _____
            DATE        INITIAL

3/8/2023

My name is Jaquel Pitts

I have a disability. I've had an uber account since 2018. I believe I qualify for this class action lawsuit as a claimant

I am hereby requesting that your court add me to this settlement as a claimant.

Class counsel has refused to add me as a claimant despite the fact that I am qualified to be added to this case as a claimant.

I have attached my disability verification of ADHD.
I am hereby filing a complaint pertaining to

*United States of America v. Uber Technologies Inc*, Case No. 3:21-CV-08735-WHA, in the U.S. District Court for the Northern District of California, San Francisco Division

against class counsel

*Class counsel for the plaintiffs for this case below is refusing to allow me to join the class action lawsuit and file a claim, because of this I am requesting of your court to administratively sign me up as a plaintiff along with the other class action plaintiffs in this case among the other class action claimants due to my sincerely held religious beliefs and disability*

*Class counsel is claiming I never had an uber account but the evidence I attached confirms that I had an uber account since 2018.*

# Class Counsel

Kristen Clarke

Rebecca B Bond

Kevin J Kijewski

Cheryl Rost

Matthew Faiella

David W Knight

Megan E Schuller

Stephanie M Hinds

Michelle Lo

David M Devito

U.S. DEPARTMENT OF JUSTICE

Uber charged me wait time fees and I am a disabled consumer, who took longer to board a vehicle due to my disability.

Greetings,

My name is Jaquel Pitts

I have a disability

I want to join the Uber class action lawsuit

My date of birth is 03/28/1994

Jaquel Pitts

*Jaquel Pitts*

Oct 18 17 07:49p    MCCC                                        6192393348         p.2

# Multicultural Counseling and Consulting Center
2630 "B" STREET • SAN DIEGO, CALIFORNIA 92102-1022
TELEPHONE (619) 239-0408 • FAX (619) 239-3348

NORMAN E. CHAMBERS, Ph.D.
DIRECTOR

18 October 2017

To: Christine Earley-Nadler, MS Ed
Disability Services Coordinator

From: Norman E. Chambers
Psychologist

RE: Jaquel Pitts

As I mentioned in an earlier correspondence, the nature and scope of the client's condition is such that I am confident that the PDF version of his college text books will prove to be helpful both personally and academically.

His diagnoses are as follows:
- F34.81 – Disruptive Disorder NOS
- F90.9 – Adult Attention Deficit Disorder
- F41.1 – Generalized Anxiety Disorder

I am recommending that he be afforded this PDF version of his college text books.

Sincerely,

# AFTER VISIT SUMMARY

## Scripps

**Jaquel Pitts** MRN: 701989454

6/6/2022  Scripps Mercy Hospital San Diego Emergency Department 619-686-3800

PURPOSE: TO KEEP YOU INFORMED AND EXPLAIN HOW TO CARE FOR YOURSELF AT HOME

### Instructions
Your personalized instructions can be found at the end of this document.

 **Read the attached information**
Fracture, Finger, Closed (English)

 **Call Your primary care clinic in 1 day (around 6/7/2022)**
Why: To be referred to an orthopedist as soon as possible.

 **Follow up with Scripps Mercy Hospital San Diego Emergency Department**
Why: As needed
Specialty: Emergency Medicine
Contact: 4077 Fifth Avenue
San Diego California 92103-2105
619-686-3800

### Today's Visit
You were seen by Julian George Lis, MD

**Reason for Visit**
Finger Injury

**Diagnosis**
Closed nondisplaced fracture of distal phalanx of left middle finger, initial encounter

**Imaging Tests**
X-ray finger left 2 or more views

**Medications Given**
acetaminophen (TYLENOL) Last given at 6:15 PM

### What's Next
You currently have no upcoming appointments scheduled

The information in this after visit summary is up to date as of 6/6/2022 6:00 PM

**Allergies**  Date Reviewed 6/6/2022
No active allergies

### MyScripps Sign-Up
Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://myscripps.org/mychart/, click "Sign Up Now", and enter your personal activation code: 7PK9C-C3NT6-ZN2HA. Activation code expires 7/21/2022.

Jaquel Pitts (MRN: 701989454) (3/28/1994) · Printed by [173973] at 6/6/2022 6:00 PM

©2020 Epic Systems Corporation   Page 1 of 7

Pitts, Jaquel (MRN: 701989454) DOB: 3/28/1994

## Ordered On 6/6/2022 3:49 PM

**Ordering Provider**
Julian George Lis, MD
Emergency Medicine
858-342-9627 (Sign In)
858-342-9627 (Sign In)
619-260-7000
lis.julian@scrippshealth.org

**Authorizing Provider**
Julian George Lis, MD
Emergency Medicine
858-342-9627 (Sign In)
858-342-9627 (Sign In)
619-260-7000
lis.julian@scrippshealth.org

**Ordering User**
Julian George Lis, MD
Emergency Medicine
858-342-9627 (Sign In)
858-342-9627 (Sign In)
619-260-7000
lis.julian@scrippshealth.org

**Ordering Department**
SHME EMERGENCY
Emergency Medicine
619-686-3800

## Order Details

**Priority**
STAT

**Entered**
6/6/2022 3:50 PM

**Study Status**
Final

## Study Details

**Reading Physician**
Rowena Gregorio Tena, MD
858-658-6500

**Reading Date**
6/6/2022

**Result Priority**

**Narrative & Impression**
EXAMINATION: X-RAY FINGER LEFT 2 OR MORE VIEWS

DATE/TIME: 6/6/2022 4:32 PM

HISTORY: pain

COMPARISON: None

FINDINGS:
BONES: Acute appearing fracture possibly superimposed on chronic injury of the base of the right long finger distal phalanx is associated with minimal impaction. No significant angulation.
SOFT TISSUES: No significant soft tissue abnormality
OTHER: Findings discussed with Dr. Lis at 5:46 PM on 6/6/2022

IMPRESSION:
IMPRESSION: Acute appearing impaction fracture of the base of the right long finger distal phalanx. Possible acute on chronic injury. Correlate with any clinical suspicion of prior trauma.

← 
# Trip Details

E 115th St    E 115th St    E 115th St    E 1

9/6/21 8:52 PM                              $5.00

- 637 W ... CA
  ...                                      Receipt
- ...

### Your ride with Eskinder

After your trip, driver can't see your pickup or dropoff address details.



 **Find Lost Item**
...

**CONFIDENTIAL**

# DISABILITY VERIFICATION (DV)

**PLEASE RETURN OR FAX TO:**
SANTA ANA COLLEGE • DISABLED STUDENT PROGRAMS AND SERVICES
1530 W. 17th Street • Santa Ana, California 92706
Phone (714) 564-6264 • Fax (714) 285-9619

The student named below may be eligible for special services at this college. In order to provide services we must have a verification of disability.

Diltz / Daniel

| Last Name | First Name | M.I. | SAC ID# | Date of Birth |

| Address | City | Zip Code |

**Please provide the following Information in full in order to help determine reasonable educational accommodations to support this student:**

1. Diagnosis: Distal Radius Fracture

   If applicable, DSM V Code and Severity: _____

2. Functional limitations of disability and/or medication. Please check:

   ☐ Speaking          ☐ Hearing                          ☐ Processing verbal material
   ☐ Limited mobility  ☐ Taking class notes               ☐ Processing visual materials
   ☐ Visual acuity     ☐ Completion of written assignments ☐ Easily distracted
   ☐ Reduced course load ☐ Slow processing of information  ☐ Poor concentration
   Recommended unit hours____
   ☒ Other: No use of (R) wrist

3. Prescribed Medication(s), Dosage and Side effects: None

4. Duration of Disability
   ☐ Permanent/Chronic
   ☒ If temporary, give estimated duration and/or date of re-evaluation After MRI

5. Condition is:
   ☐ Stable
   ☐ Prone to exacerbations

6. Please list other special assistance needed: _____

---

I understand that the information provided in this form will become part of the student record subject to the Federal Family Education Rights and Privacy Act (FERPA) of 1974 and may be released to the student upon written request.

Signature _[signed]_    A49546    MD    9-13-18
         Verifying Licensed Professional    License#    Title    Date

Name (printed) Tain Hay

Address ____
Kerlan-Jobe Orthopaedic Clinic
2400 East Katella Ave #400
Phone 714-450-4514   Anaheim, CA 92806    FAX 888-972-8150

Rev. July 2009

TRANSMISSION VERIFICATION REPORT

```
TIME    : 09/13/2018 09:19AM
NAME    :
FAX     :
TEL     :
SER.#   : U64969E8N981784
```

```
DATE, TIME          09/13 09:18AM
FAX NO./NAME        917142859619
DURATION            00:00:43
PAGE(S)             01
RESULT              OK
MODE                STANDARD
                    ECM
```

**CONFIDENTIAL**

## DISABILITY VERIFICATION (DV)

**PLEASE RETURN OR FAX TO:**
**SANTA ANA COLLEGE • DISABLED STUDENT PROGRAMS AND SERVICES**
1530 W. 17th Street • Santa Ana, California 92706
Phone (714) 564-6264 • Fax (714) 285-9619

The student named below may be eligible for special services at this college. In order to provide services we must have a verification of disability.

Last Name: Pittz    First Name: Saquel    M.I.: ___    SAC ID#: ___    Date of Birth: ___

Address: ___    City: ___    Zip Code: ___

**Please provide the following Information in full in order to help determine reasonable educational accommodations to support this student:**

1. Diagnosis: Distal Radius Fracture

   If applicable, DSM V Code and Severity: ___

2. Functional limitations of disability and/or medication. Please check:

   ☐ Speaking            ☐ Hearing                             ☐ Processing verbal material
   ☐ Limited mobility    ☐ Taking class notes                  ☐ Processing visual materials
   ☐ Visual acuity       ☐ Completion of written assignments   ☐ Easily distracted
   ☐ Reduced course load ☐ Slow processing of information      ☐ Poor concentration
   Recommended unit hours ___
   ☑ Other: No use of (R) wrist

3. Prescribed Medication(s), Dosage and Side effects: NOM

